UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

DERRICK GENE BONATO,

                Defendant.

Nos.: 2:24-CR-0046-TOR

ORDER GRANTING UNITED STATES' MOTION FOR A PROTECTIVE ORDER

    THIS MATTER coming before the Court upon a motion by the United States for a Protective Order, ECF No. 15, the Court having considered the Motion and the Court being fully advised in the premises,

    IT ORDERED that the United States' Motion for Protective Order, ECF No. 15, is GRANTED as follows:

    1.    The United States will provide discovery materials on an on-going basis to defense counsel;

    2.    Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials;

    3.    Defense counsel may show to, and discuss with the Defendant, all discovery materials, including sealed documents;

ORDER GRANTING UNITED STATES' MOTION FOR A PROTECTIVE ORDER

       4.      Defense counsel shall not provide original or copies of any discovery materials to the Defendant;

       6.      Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

       7.      The United States, defense counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed Court proceedings relevant to this case; provided however, any written reference to the content of the protected discovery shall be filed under seal.

DATED this 9th day of April, 2024.



_____
Thomas O. Rice
United States District Judge

ORDER GRANTING UNITED STATES' MOTION FOR A PROTECTIVE ORDER